*In re* DOHANIE SEPÚLVEDA NEGRONI.

*Número:* AB-2000-3        *Resuelto:* 1ro de mayo de 2001

*Dohanie Sepúlveda Negroni, pro se; Mady Pacheco García,* Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Roberto J. Sánchez Ramos, Procurador General, y Cynthia Iglesias Quiñones, Procuradora General Auxiliar.*

## RESOLUCIÓN

Vista la moción presentada por el Colegio de Abogados y examinado el informe presentado por el Procurador General, se autoriza la reinstalación al ejercicio de la abogacía de la querellada.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*